# IN THE SUPREME COURT OF THE STATE OF NEVADA

THAD MONOLETTI AUBERT,
                Appellant,
      vs.
THE STATE OF NEVADA,
                Respondent.

No. 71619

**FILED**

JUN 20 2017

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

On May 15, 2017, this court entered an order directing appellant to clarify the basis for the instant appeal. Appellant has filed a timely response, indicating that he is attempting to reargue issues that were already decided by the court of appeals in Docket No. 68534.[1]

Specifically, appellant confirms that he is attempting to appeal from a district court order entered July 31, 2015. Not only has that appeal already been decided in Docket No. 68534, the instant notice of

---

[1]Appellant's petition for review in Docket No. 68534 was denied by this court on May 17, 2017, and the remittitur issued in that appeal on June 13, 2017.

17-20419

appeal is untimely.[2]  NRS 34.575.  Accordingly, we lack jurisdiction over this appeal and we

ORDER this appeal DISMISSED.

_____, J.
Douglas

_____, J.
Gibbons

_____, J.
Pickering

cc:  Hon. Elizabeth Goff Gonzalez, District Judge
     Thad Monoletti Aubert
     Attorney General/Carson City
     Clark County District Attorney
     Eighth District Court Clerk

---

[2]An untimely notice of appeal fails to vest jurisdiction in this court. *Lozada v. State*, 110 Nev. 349, 871 P.2d 944 (1994).